**Order entered January 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00555-CV**

**RENFRO INDUSTRIES, INC., Appellant**

**V.**

**MARIA ROJAS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09905**

### ORDER

Before the Court is appellee's December 31, 2020 unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 12, 2021.

/s/     ROBERT D. BURNS, III
             CHIEF JUSTICE